IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T.L., a minor, by T.L.'s parent, G.L., | ) Civil Action No. 15-1358 |
| Plaintiffs, | ) |
| | ) ELECTRONICALLY FILED |
| v. | ) |
| SOUTH ALLEGHENY SCHOOL DISTRICT, | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

~~PROPOSED~~ ORDER

AND NOW, this 9th day of December, 2015, upon consideration of Defendant South Allegheny School District's Motion to Dismiss, it is hereby ORDERED that said Motion is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice.

BY THE COURT:

_[signature]_, J.

1